1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY R. BANKS,                    )   Case No. CV 10-2793 RGK(JC)
                                   )
                    Petitioner,    )   (PROPOSED) ORDER ADOPTING
                                   )   FINDINGS, CONCLUSIONS, AND
            v.                     )   RECOMMENDATIONS OF
                                   )   UNITED STATES MAGISTRATE
B. CASH, Warden, et al.            )   JUDGE
                                   )
                                   )
                    Respondents.   )
                                   )
_____

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
Habeas Corpus by a Person in State Custody (the "Petition") and all of the records
herein, including the attached Report and Recommendation of United States
Magistrate Judge ("Report and Recommendation"), and petitioner's objections to
the Report and Recommendation ("Objections").  The Court has further made a *de
novo* determination of those portions of the Report and Recommendation to which
objection is made.  The Court concurs with and adopts the findings, conclusions,
and recommendations of the United States Magistrate Judge and overrules the
Objections.

        IT IS ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and counsel

3  for respondents.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: March 1, 2011

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2